# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0681.  IN THE INTEREST OF G.M., a child.**

In accordance with the rules of this Court, we granted the mother's application for discretionary appeal in the above-styled case without the benefit of the full appellate record, including the transcript of the termination hearing.  Having now conducted a thorough review of the entire record, the transcripts of the termination hearing, and the briefs of the parties, we conclude that the evidence clearly supports the juvenile court's order terminating the mother's parental rights to G.M., and that the application for discretionary appeal thus was improvidently granted.  Accordingly, the order granting the mother's application is VACATED, and her appeal is hereby DISMISSED.  See *In the Interest of M. M. M. T.*, 327 Ga. App. 572, 575 (760 SE2d 188) (2014).



Court of Appeals of the State of Georgia
            Clerk's Office, Atlanta,  04/29/2015
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
            Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*